**Dismiss and Opinion Filed May 16, 2022**



**In the**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00143-CV**

**METRO ONE LOSS PREVENTION SERVICES GROUP, INC., Appellant**
**V.**
**DANN BAILEY, Appellee**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-04393**

## MEMORANDUM OPINION

Before Justices Carlyle, Smith, and Garcia
Opinion by Justice Carlyle

Before the Court is appellant's May 4, 2022 motion to dismiss the appeal because the parties have reached a settlement agreement. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

METRO ONE LOSS PREVENTION
SERVICES GROUP, INC.,
Appellant

No. 05-21-00143-CV     V.

DANN BAILEY, Appellee

On Appeal from the 95th District
Court, Dallas County, Texas
Trial Court Cause No. DC-20-04393.
Opinion delivered by Justice Carlyle.
Justices Smith and Garcia
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

It is **ORDERED** that appellee Dann Bailey recover his costs of this appeal from appellant Metro One Loss Prevention Services Group, Inc.

Judgment entered this 16th day of May, 2022.